PACKER v. ONEONTA, C. & R. S. RY. CO. et al. (Supreme Court, Appellate Division, Third Department. September 25, 1903.) Action by James W. Packer against the Oneonta, Cooperstown & Richfield Springs Railway Company and others. No opinion. Order affirmed, with $10 costs and disbursements. Motion to dismiss appeal of Knickerbocker Trust Company granted on consent. Motion to dismiss appeal of the Attorney General denied.

In re PARKER. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) In the matter of the examination of John Parker, judgment debtor, in proceedings supplementary to execution in the action of Mary A. Brady against John Parker. No opinion. Order affirmed, with $10 costs and disbursements.

PATTERSON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Alfred Patterson against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, without costs.

PECK et al. v. WARD, Com'r. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Application of La Rue Peck and others against Francis G. Ward, commissioner, etc. No opinion. Appeal dismissed, without costs, upon stipulation.

PEOPLE v. AMERICAN LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Proceeding by the people of the state of New York against the American Loan & Trust Company. No opinion. Motion granted, so far as to take the papers off the files and remit the same to the court below.

PEOPLE, Respondent, v. GOLDMAN, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Proceeding by the people of the state of New York against Joseph Goldman, impleaded. R. M. Moore, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE v. GORMAN. (Supreme Court, Appellate Division, Third Department. September 25, 1903.) Proceeding by the people of the state of New York against Michael Gorman. No opinion. Motion granted.

PEOPLE, Respondent, v. HUFLAND et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Otto Hufland and another were convicted before a magistrate, and appeal. Reversed. A. S. Gilbert, for appellants. Theodore Connoly, for the People.

PER CURIAM. The question presented in this case is the same as that presented in People v. Joseph Green and another (decided herewith) 83 N. Y. Supp. 460; and for the reasons there stated the judgment appealed from must be reversed, and the defendants discharged.

PATTERSON and HATCH, JJ., dissent.

PEOPLE, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Proceeding by the people of the state of New York against Battice Jackson.

PER CURIAM. Judgment of conviction reversed, and new trial ordered. Held, that we are not satisfied that the evidence in this case warranted the conviction of the defendant, and we think the case should be submitted to another jury.

McLENNAN and WILLIAMS, JJ., dissent.

PEOPLE, Respondent, v. LAMPEL, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Proceeding by the people of the state of New York against Anton Lampel. C. G. F. Wahle, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. LEWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Proceeding by the people of the state of New York against Peter Lewitz impleaded, etc. No opinion. Judgment of conviction affirmed.

PEOPLE, Appellant, v. RUPERT, Sheriff, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Proceeding by the people of the state of New York against William H. Rupert, as sheriff, etc. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE, Respondent, v. THAMES & HERSEY MARINE INS. CO., Limited, Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Proceeding by the people of the state of New York against the Thames & Hersey Marine Insurance Company, Limited. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE ex rel. BEEBE, Appellant, v. WARDEN OF CITY PRISON, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Proceeding by the people of the state of New York, on the relation of Ella Beebe, against the warden of the city prison. J. H. Harris, for appellant. A. C. Train, for respondent. No opinion. Order affirmed.